IN THE DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2007 NOV 21 P 3: 20

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MOVIE GALLERY US, LLC, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>MARK W. GREENSHIELDS, )<br>ASSOCIATED SOURCING, AND )<br>ASSOCIATED SOURCING HOLDINGS, )<br>INC. d/b/a VIDEO LIBRARY, )<br>  )<br>Defendants. )<br>  )<br>  )<br>  ) | CIVIL ACTION NO.:<br>1:07cv1032 - MHT |

## RULE 7.1 DISCLOSURE

Pursuant to the provisions of Rule 7.1, Associated Sourcing Holdings, Inc. hereby makes the following Rule 7.1 disclosures:

1. Associated Sourcing Holdings, Inc. is owned solely by Mark W. Greenshields.

2. Associated Sourcing Holdings, Inc. is not a subsidiary of any corporation.

3. There are no publicly held corporations that own 10% or more of Associated Sourcing Holdings, Inc.

Respectfully submitted this 21st day of November, 2007.

*/s/ Charles A. Stewart III*
Charles A. Stewart III (STE067)
Quindal C. Evans (EVA040)
Attorneys for Mark W. Greenshields,
Associated Sourcing, and Associated Sourcing
Holdings, Inc.

<u>Of Counsel</u>
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7670
Facsimile: (334) 956-7870
E-mail:  cstewart@bradleyarant.com
       qevans@bradleyarant.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

    Jeffery M. Grantham
    J. Ethan McDaniel
    Maynard Cooper & Gale, P.C.
    1901 Sixth Avenue North
    2400 Regions/Harbert Plaza
    Birmingham, AL 35203-2618

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this 21st day of November, 2007.

_____
OF COUNSEL