IN THE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MOVIE GALLERY US, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MARK W. GREENSHIELDS,<br>ASSOCIATED SOURCING, AND<br>ASSOCIATED SOURCING<br>HOLDINGS, INC. d/b/a VIDEO<br>LIBRARY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION NO.:**<br>)   **1:07-cv-01032-MHT-WC**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE*

COME NOW the undersigned and respectfully move this Court for admission *pro hac vice* of Philip E. Cutler (Washington State Bar Association No. 5084) in the above-styled cause. As grounds for this motion, the undersigned show as follows:

1. Philip E. Cutler has been retained by Defendants Mark W. Greenshields, Associated Sourcing, and Associated Sourcing Holdings, Inc. to represent them in connection with this action.

2. Philip E. Cutler is an attorney at Cutler Nylander & Hayton, P.S., with offices at 1191 Second Avenue, Seattle, Washington 98122, (206) 340-4600 (telephone), (206) 340-4646 (facsimile), philcutler@cnhlaw.com (email).

3. Philip E. Cutler is qualified, admitted, and licensed to practice before the Western District of Washington. Attached hereto is a Certificate of Good Standing from the Western District of Washington for Philip E. Cutler.

4. Philip E. Cutler has never been disciplined or otherwise disqualified from the practice of law nor has an application for his *pro hac vice* admission in a case been denied.

5. The required fee for admission *pro hac vice* is submitted simultaneous herewith.

WHEREFORE, the undersigned respectfully requests that Philip E. Cutler be admitted to practice *pro hac vice* before this Court.

Respectfully submitted this 26th day of November, 2007.

s/ Charles A. Stewart III
Charles A. Stewart III (STE067)
Quindal C. Evans (EVA040)
Attorneys for Mark W. Greenshields,
Associated Sourcing, and Associated Sourcing Holdings, Inc.
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7670
Facsimile: (334) 956-7870
E-mail: cstewart@bradleyarant.com
qevans@bradleyarant.com

Of Counsel
Philip E. Cutler (WSBA 5084)
Robert G. Nylander (WSBA 17264)
Cutler Nylander & Hayton, P.S.
1191 Second Avenue
Seattle, Washington 98122
Telephone: (206) 340-4600
Facsimile: (206) 340-4646
E-mail: philcutler@cnhlaw.com
rgnylander@cnhlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Jeffery M. Grantham
      J. Ethan McDaniel
      Maynard Cooper & Gale, P.C.
      1901 Sixth Avenue North
      2400 Regions/Harbert Plaza
      Birmingham, AL 35203-2618

and I hereby certify that I have also mailed by United States Postal Service the document to the following attorneys:

      Jeffery M. Grantham
      J. Ethan McDaniel
      Maynard Cooper & Gale, P.C.
      1901 Sixth Avenue North
      2400 Regions/Harbert Plaza
      Birmingham, AL 35203-2618

                                    Respectfully submitted,

                                    s/ Charles A. Stewart III
                                    Charles A. Stewart III (STE067)

# CERTIFICATE OF GOOD STANDING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that Philip E. Cutler was admitted to practice in said Court on November 1, 1973 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on November 14, 2007.

Bruce Rifkin
Clerk

By _____
Deputy Clerk