IN THE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MOVIE GALLERY US, LLC,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| **MARK W. GREENSHIELDS, ASSOCIATED SOURCING, AND ASSOCIATED SOURCING HOLDINGS, INC. d/b/a VIDEO LIBRARY,** | ) ) ) ) ) ) ) | **CIVIL ACTION NO.: 1:07-cv-01032-MHT-WC** |
| Defendants. | ) ) ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

COME NOW the undersigned and respectfully move this Court for admission *pro hac vice* of Robert G. Nylander (Washington State Bar Association No. 17264) in the above-styled cause. As grounds for this motion, the undersigned show as follows:

1.  Robert G. Nylander has been retained by Defendants Mark W. Greenshields, Associated Sourcing, and Associated Sourcing Holdings, Inc. to represent them in connection with this action.

2.  Robert G. Nylander is an attorney at Cutler Nylander & Hayton, P.S., with offices at 1191 Second Avenue, Seattle, Washington 98122, (206) 340-4600 (telephone), (206) 340-4646 (facsimile), rgnylander@cnhlaw.com (email).

3. Robert G. Nylander is qualified, admitted, and licensed to practice before the Western District of Washington. Attached hereto is a Certificate of Good Standing from the Western District of Washington for Robert G. Nylander.

4. Robert G. Nylander has never been disciplined or otherwise disqualified from the practice of law nor has an application for his *pro hac vice* admission in a case been denied.

5. The required fee for admission *pro hac vice* is submitted simultaneous herewith.

WHEREFORE, the undersigned respectfully requests that Robert G. Nylander be admitted to practice *pro hac vice* before this Court.

Respectfully submitted this 26th day of November, 2007.

                                                                s/ Charles A. Stewart III
                                           Charles A. Stewart III (STE067)
                                           Quindal C. Evans (EVA040)
                                           Attorneys for Mark W. Greenshields,
                                           Associated Sourcing, and Associated Sourcing
                                           Holdings, Inc.
                                           Bradley Arant Rose & White LLP
                                           The Alabama Center for Commerce
                                           401 Adams Avenue, Suite 780
                                           Montgomery, AL 36104
                                           Telephone: (334) 956-7670
                                           Facsimile: (334) 956-7870
                                           E-mail: cstewart@bradleyarant.com
                                                       qevans@bradleyarant.com

Of Counsel
Philip E. Cutler (WSBA 5084)
Robert G. Nylander (WSBA 17264)
Cutler Nylander & Hayton, P.S.
1191 Second Avenue
Seattle, Washington 98122
Telephone: (206) 340-4600
Facsimile: (206) 340-4646
E-mail: philcutler@cnhlaw.com
           rgnylander@cnhlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jeffery M. Grantham
> J. Ethan McDaniel
> Maynard Cooper & Gale, P.C.
> 1901 Sixth Avenue North
> 2400 Regions/Harbert Plaza
> Birmingham, AL 35203-2618

and I hereby certify that I have also mailed by United States Postal Service the document to the following attorneys:

> Jeffery M. Grantham
> J. Ethan McDaniel
> Maynard Cooper & Gale, P.C.
> 1901 Sixth Avenue North
> 2400 Regions/Harbert Plaza
> Birmingham, AL 35203-2618

      Respectfully submitted,

      s/ Charles A. Stewart III
      Charles A. Stewart III (STE067)

# CERTIFICATE OF GOOD STANDING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that Robert G. Nylander was admitted to practice in said Court on March 25, 1988 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on November 14, 2007.

Bruce Rifkin
Clerk

By_____
Deputy Clerk