IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MOVIE GALLERY US, LLC, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:07cv1032-MHT |
| | ) | |
| MARK W. GREENSHIELDS, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

It is ORDERED that the motion for preliminary injunction (Doc. No. 1) is set for an evidentiary hearing on January 25, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

Plaintiff is to file its brief by January 4, 2008, and defendants are to file their brief by January 18, 2008.

DONE, this the 28th day of November, 2007.

                              /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE