DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001295
Cashier ID: cstrecke
Transaction Date: 11/28/2007
Payer Name: BRADLEY ARANT ROSE AND WHITE
--------------------------------
PRO HOC VICE
For: PHILIP E CUTLER
Case/Party: D-ALM-A-TT-YF-EEFUND-001
Amount:        $20.00
--------------------------------
CHECK
Remitter: BRADLEY ARANT
Check/Money Order Num: 004666
Amt Tendered:  $20.00
--------------------------------
Total Due:        $20.00
Total Tendered:   $20.00
Change Amt:       $0.00

DALM107CV001032-MHT

MOT/PHV PHILIP CUTLER