```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001296
Cashier ID: cstrecke
Transaction Date: 11/28/2007
Payer Name: BRADLEY ARANT ROSE AND WHITE
-----------------------------------
PRO HOC VICE
 For: ROBERT G NYLANDER
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
-----------------------------------
CHECK
 Remitter: BRADLEY ARANT
 Check/Money Order Num: 004665
 Amt Tendered: $20.00
-----------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00
```

DALM107CV001032-MHT

MOT/PHV ROBERT G NYLANDER

BRADLEY ARANT ROSE AND WHITE

P O BOX 830709

BIRMINGHAM, AL  36102-1748