IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MOVIE GALLERY US, LLC, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:07cv1032-MHT |
| | ) | |
| MARK W. GREENSHIELDS, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motions for admission pro hac vice (Doc. Nos. 7 & 8) are granted.

DONE, this the 29th day of November, 2007.

                              /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE