# IN THE DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MOVIE GALLERY US, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **MARK W. GREENSHIELDS,** ) | **CIVIL ACTION NO.:** |
| **ASSOCIATED SOURCING, AND** ) | **1:07-cv-01032-MHT-WC** |
| **ASSOCIATED SOURCING** ) | |
| **HOLDINGS, INC. d/b/a VIDEO** ) | |
| **LIBRARY,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Associated Sourcing, a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but no trust beneficiaries), affiliates, or similarly entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047 and Federal Rule of Civil Procedure 7.1:

☐   This party is an individual, or

☐   This party is a governmental entity, or

☐   There are no entities to be reported, or

  **X**  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Mark W. Greenshields | Associated Sourcing is a sole proprietorship of Mark W. Greenshields |

Respectfully submitted this 3rd day of December, 2007.

                s/ Charles A. Stewart III
                Charles A. Stewart III (STE067)
                Quindal C. Evans (EVA040)
                Attorneys for Mark W. Greenshields,
                Associated Sourcing, and Associated Sourcing
                Holdings, Inc.
                Bradley Arant Rose & White LLP
                The Alabama Center for Commerce
                401 Adams Avenue, Suite 780
                Montgomery, AL 36104
                Telephone: (334) 956-7700
                Facsimile: (334) 956-7870
                E-mail: cstewart@bradleyarant.com
                    qevans@bradleyarant.com

Of Counsel
Philip E. Cutler (WSBA 5084)
Robert G. Nylander (WSBA 17264)
Cutler Nylander & Hayton, P.S.
1191 Second Avenue, Suite 1650
Seattle, Washington 98122
Telephone: (206) 340-4600
Facsimile: (206) 340-4646
E-mail: philcutler@cnhlaw.com
     rgnylander@cnhlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on December 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jeffery M. Grantham
> J. Ethan McDaniel
> Maynard Cooper & Gale, P.C.
> 1901 Sixth Avenue North
> 2400 Regions/Harbert Plaza
> Birmingham, AL 35203-2618

                Respectfully submitted,

                s/ Charles A. Stewart III
                Charles A. Stewart III (STE067)