IN THE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MOVIE GALLERY US, LLC,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **MARK W. GREENSHIELDS,** | ) | **CIVIL ACTION NO.:** |
| **ASSOCIATED SOURCING, AND** | ) | **1:07-cv-01032-MHT-WC** |
| **ASSOCIATED SOURCING** | ) | |
| **HOLDINGS, INC. d/b/a VIDEO** | ) | |
| **LIBRARY,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Mark W. Greenshields, a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but no trust beneficiaries), affiliates, or similarly entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047 and Federal Rule of Civil Procedure 7.1:

**X**   This party is an individual, or

☐   This party is a governmental entity, or

☐   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

Respectfully submitted this 3rd day of December, 2007.

          s/ Charles A. Stewart III
Charles A. Stewart III (STE067)
Quindal C. Evans (EVA040)
Attorneys for Mark W. Greenshields,
Associated Sourcing, and Associated Sourcing
Holdings, Inc.
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7870
E-mail:  cstewart@bradleyarant.com
        qevans@bradleyarant.com

<u>Of Counsel</u>
Philip E. Cutler (WSBA 5084)
Robert G. Nylander (WSBA 17264)
Cutler Nylander & Hayton, P.S.
1191 Second Avenue, Suite 1650
Seattle, Washington 98122
Telephone: (206) 340-4600
Facsimile: (206) 340-4646
E-mail:  philcutler@cnhlaw.com
       rgnylander@cnhlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Jeffery M. Grantham
  J. Ethan McDaniel
  Maynard Cooper & Gale, P.C.
  1901 Sixth Avenue North
  2400 Regions/Harbert Plaza
  Birmingham, AL 35203-2618

            Respectfully submitted,

            s/ Charles A. Stewart III
            Charles A. Stewart III (STE067)