**IN THE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| MOVIE GALLERY US, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK W. GREENSHIELDS, )<br>ASSOCIATED SOURCING, AND )<br>ASSOCIATED SOURCING HOLDING, )<br>INC. d/b/a VIDEO LIBRARY, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.:<br>1:07-cv-01032-MHT-WC |

**UNOPPOSED MOTION TO CONTINUE**

**Mark Greenshields, Associated Sourcing,** and **Associated Sourcing Holding, Inc. d/b/a Video Library** (hereinafter "these Defendants") respectfully urge the Court to permit a brief continuance of the evidentiary hearing on Plaintiff's Motion for Preliminary Injunction ("hearing"). This motion is based upon the following grounds:

1.  This matter is currently set for hearing on January 25, 2008, by order of November 28, 2007.

2.  Chuck Stewart, these Defendants' local trial counsel, is Co-Chair of the DRI Corporate Counsel Roundtable meeting which takes place January 24 and 25, 2008, in New York City. Because he is Co-Chair of the meeting, Chuck Stewart has significant responsibilities which will occupy his time for the majority of the week of the hearing.

3.  Additionally, Chuck Stewart's law firm's litigation department has its litigation retreat on Friday and Saturday, January 25 and 26.

4.  If the hearing in this matter goes forth on January 25, it will be necessary for

1

Chuck Stewart to abandon his position with respect to the DRI Corporate Counsel Roundtable and to miss his firm's litigation section's retreat.

5. Further, because this matter is a complex, intellectual property case, involving several alleged wrongdoing, the parties would like to work together to propose a joint scheduling order which would govern the hearing on the preliminary injunction.

6. Defendant's lead counsel, Philip Cutler, has longstanding depositions scheduled for the entire week of January 21.

7. A short continuance of this hearing will not prejudice the parties.

8. Plaintiff's counsel has no objection to this motion.

9. Counsel for the parties have discussed potential dates for the hearing and seek the Court's permission to have the hearing set at a date convenient for all parties and convenient for the Court's calendar, such as January 31, 2007 or February 1, 2007.

WHEREFORE, premises considered, these Defendants respectfully urge the Court to issue a short continuance of the hearing of this case.

Respectfully submitted,

s/Charles A. Stewart III
Charles A. Stewart III (STE067)
Quindal C. Evans (EVA040)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7670
Facsimile: (334) 956-7870
E-mail:  cstewart@bradleyarant.com
             qevans@bradleyarant.com

**Attorneys for Mark W. Greenshields, Associated Sourcing, and Associated Sourcing Holding, Inc**.

<u>Of Counsel</u>
Philip E. Cutler (WSBA 5084)
Robert G. Nylander (WSBA 17264)
Cutler Nylander & Hayton, P.S.
1191 Second Avenue
Seattle, Washington 98122
Telephone: (206) 340-4600
Facsimile: (206) 340-4646
E-mail:  philcutler@cnhlaw.com
         rgnylander@cnhlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jeffery M. Grantham
> J. Ethan McDaniel
> Maynard Cooper & Gale, P.C.
> 1901 Sixth Avenue North
> 2400 Regions/Harbert Plaza
> Birmingham, AL 35203-2618

and I hereby certify that I have also mailed by United States Postal Service the document to the following attorneys:

> None.

           Respectfully submitted,

           s/ Charles A. Stewart III
           Of Counsel