```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION
```

MOVIE GALLERY US, LLC,        )
                              )
    Plaintiff,                )
                              )         CIVIL ACTION NO.
    v.                        )           1:07cv1032-MHT
                              )
MARK W. GREENSHIELDS,         )
et al.,                       )
                              )
    Defendants.               )

                            ORDER

It is ORDERED as follows:

(1) The motion to continue (Doc. No. 17) is granted.

(2) The motion for preliminary injunction (Doc. No. 1) is reset for an evidentiary hearing on February 5, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

(3) Plaintiff is to file its brief by January 15, 2008, and defendants are to do the same by January 29, 2008.

DONE, this the 11th day of December, 2007.

                           /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**