IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MOVIE GALLERY US, LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>) CIVIL ACTION NO. 1:07CV1032-MHT<br>**MARK W. GREENSHIELDS,** )<br>**ASSOCIATED SOURCING, and** )<br>**ASSOCIATED SOURCING HOLDINGS,** )<br>**INC. d/b/a VIDEO LIBRARY** )<br>)<br>**Defendants.** | |

### CORPORATE DISCLOSURE STATEMENT

COMES NOW _Movie Gallery US, LLC_, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| **Reportable Entity** | **Relationship to Party** |
|---|---|
| M.G.A. Realty I, LLC | Wholly-owned Subsidiary |
| Movie Gallery Canada, Inc. | Wholly-owned Subsidiary |
| M.G. Digital, LLC | Wholly-owned Subsidiary |
| Movie Gallery Inc. | Parent Company |

Respectfully submitted by,

/s J. Ethan McDaniel
Jeffrey M. Grantham, GRA048
J. Ethan McDaniel, MCD065

Attorneys for Plaintiff
Movie Gallery

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles Andrew Stewart, III
Quindal C. Evans
Bradley Arant Rose & White, LLP
PO Box 1469
Montgomery, AL 36102-1469

Philip E. Cutler
Robert G. Nylander
Cutler Nylander & Hayton, P.S.
1191 Second Avenue, Suite 1650
Seattle, WA 98101

/s J. Ethan McDaniel
OF COUNSEL