IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MOVIE GALLERY US, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:07cv1032-MHT |
| | ) | |
| MARK W. GREENSHIELDS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the motion for leave to amend complaint (Doc. No. 20) is granted.  The court assumes that the defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 18th day of December, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE