IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **MOVIE GALLERY US, LLC,** | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv1032-MHT |
| | ) | |
| **MARK W. GREENSHIELDS,** | ) | |
| **et al.,** | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

Because the parties in their Rule 26(f) report (Doc. No. 23) agree that this case should be tried in Montgomery, it is ORDERED that this case is transferred from the Southern Division to the Northern Division of the Middle District of Alabama.

DONE, this the 20th day of December, 2007.

                               /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE