IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MOVIE GALLERY US, LLC,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **MARK W. GREENSHIELDS,** | ) | CIVIL ACTION NO.: |
| **ASSOCIATED SOURCING,** | ) | 1:07cv1032-MHT |
| **AND ASSOCIATED SOURCING** | ) | |
| **HOLDINGS, INC. d/b/a VIDEO** | ) | |
| **LIBRARY,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned, and gives notice of his appearance as additional counsel for defendants Mark W. Greenshields, Associated Sourcing and Associated Sourcing Holdings, Inc.

/s John E. Goodman
John E. Goodman (GOO017)

OF COUNSEL:
BRADLEY ARANT ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-800
(205) 521-8800 – facsimile
jgoodman@bradleyarant.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffery M. Grantham
J. Ethan McDaniel
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618

/s John E. Goodman