IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MOVIE GALLERY US, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv1032-MHT |
| | ) | |
| MARK W. GREENSHIELDS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion to continue (Doc. No. 28) is set for on-the-record oral argument on January 11, 2008, at 9:00 a.m.  Counsel for plaintiff are to arrange for the argument to be conducted by telephone

DONE, this the 10th day of January, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE