IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MOVIE GALLERY US, LLC,   ) | |
|                          ) | |
|    Plaintiff,            ) | |
|                          ) | CIVIL ACTION NO. |
|    v.                    ) | 2:07cv1032-MHT |
|                          ) | |
| MARK W. GREENSHIELDS,    ) | |
| et al.,                  ) | |
|                          ) | |
|    Defendants.           ) | |

ORDER

Based upon the representations made in open court on January 11, 2008, it is ORDERED that the plaintiff's motion to continue (Doc. No. 28) is granted as follows:

(1) The uniform scheduling order (Doc. No. 25) is amended to reflect that the pretrial is set for May 27, 2008, at 9:00 a.m., the trial is set for July 7, 2008, at 10:00 a.m., and all discovery is to be completed by June 6, 2008, with all deadlines tied to these dates adjusted accordingly.

(2) Plaintiff's motion for preliminary injunction (Doc. No. 1) is denied without prejudice and with leave to renew if it should later become necessary. Rather than continue the preliminary-injunction hearing to July 7, the court has instead moved the trial date up to July 7, 2008.

DONE, this the 11th day of January, 2008.

                      /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE