**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **MOVIE GALLERY US, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MARK W. GREENSHIELDS,** | ) | **CIVIL ACTION NO.:** |
| **ASSOCIATED SOURCING, AND** | ) | **2:07-cv-01032-MHT-WC** |
| **ASSOCIATED SOURCING** | ) | |
| **HOLDINGS, INC. d/b/a VIDEO** | ) | |
| **LIBRARY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### JOINT MOTION FOR LEAVE TO HOLD FACE-TO-FACE SETTLEMENT CONFERENCE TELEPHONICALLY

**Movie Gallery US, LLC, Mark W. Greenshields, Associated Sourcing, and Associated Sourcing Holdings, Inc. d/b/a Video Library** move this Court to permit the face-to-face settlement conference to take place telephonically.  In support of this motion, the parties show unto the Court as follows:

1.     The Court's order setting a mediation conference requires the parties to conduct face-to-face settlement talks in this case prior to mediation

2.     The parties have agreed upon a date to conduct these settlement negotiations, February 4, 2008.

3.     Lead counsel for Defendants maintain offices in Seattle, Washington.  As a result, it would be extremely expensive to fly to Alabama to conduct the face-to-face settlement conference.

4.    As a result of the extreme expense involved in traveling across the country, the parties ask the Court to permit them to hold the face-to-face settlement conference telephonically.

5.    Counsel for Plaintiff have given their express permission for counsel for Defendants to file this motion and to represent to the Court that they are in agreement.

WHEREFORE, premises considered, the Parties respectfully move the Court to permit them hold the face-to-face settlement conference telephonically.

Respectfully submitted this 31st day of January, 2008.

s/ Charles A. Stewart III
Charles A. Stewart III (STE067)
Quindal C. Evans (EVA040)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail:  cstewart@bradleyarant.com
         qevans@bradleyarant.com

**Attorneys for Mark W. Greenshields,
Associated Sourcing, and Associated
Sourcing Holding, Inc**.

Of Counsel
John Goodman (GOO017)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail:  jgoodman@bradleyarant.com

Philip E. Cutler (WSBA 5084)
Robert G. Nylander (WSBA 17264)
Cutler Nylander & Hayton, P.S.
1191 Second Avenue
Seattle, Washington 98122
Telephone: (206) 340-4600
Facsimile: (206) 340-4646
E-mail:  philcutler@cnhlaw.com
            rgnylander@cnhlaw.com

s/J. Ethan McDaniel
Jeffery M. Grantham (GRA048)
M. Lee Huffaker (HUF011)
J. Ethan McDaniel (MCD065)
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
Telephone:  (205) 254-1000
Facsimile:   (205) 254-1999

**Attorneys for Plaintiff Movie Gallery**