IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOVIE GALLERY US, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07cv1032-MHT |
| | ) |
| MARK W. GREENSHIELDS, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the parties' Joint Motion for Leave to Hold Face-To-Face Settlement Conference Telephonically (Doc. #35), it is

ORDERED that the motion (Doc. #35) is GRANTED.

DONE this 1st day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE