IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOVIE GALLERY US, LLC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07cv1032-MHT |
| | ) |
| MARK W. GREENSHIELDS, *et al*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Now pending before the court is the parties' joint motion to for a protective order (doc. # 37), and the plaintiff's motion to strike the defendant's reply brief (doc. # 41). Upon consideration of the motions and for good cause, it is

ORDERED that the plaintiff's motion to strike the defendant's reply brief (doc. # 41) be and is hereby GRANTED and the defendant's reply brief be and is hereby STRICKEN. It is further

ORDERED that oral argument on the joint motion for a protective order (doc. # 37) be and is hereby set for 2:00 p.m. Central Standard Time on April 3, 2008 by telephone conference call. The defendants shall set up the telephone conference call.

Done this 21st day of March, 2008.

                                                    /s/Charles S. Coody
                                           CHARLES S. COODY
                                           CHIEF UNITED STATES MAGISTRATE JUDGE