IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MOVIE GALLERY US, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 1:07CV1032-MHT |
| **MARK W. GREENSHIELDS,** | ) |
| **ASSOCIATED SOURCING, and** | ) |
| **ASSOCIATED SOURCING HOLDINGS,** | ) |
| **INC. d/b/a VIDEO LIBRARY** | ) |
| | ) |
| **Defendants.** | |

**JOINT MOTION FOR EXTENSION OF TIME FOR ORAL ARGUMENT**

Plaintiff, Movie Gallery US, LLC, and Defendants, Mark W. Greenshields, Associated Sourcing and Associated Sourcing Holdings, Inc. d/b/a Video Library (collectively "Defendants"), through their undersigned counsel, respectfully request this Court to reschedule the oral argument regarding the "Joint Statement re Proposed Protective Order" ("Joint Statement") currently set for Thursday, April 3, 2008 at 02:00 PM CST to Thursday, April 10, 2008. In support of this Motion, the Parties state as follows:

1. The Parties are currently scheduled for an oral argument regarding the Joint Statement on April 3, 2008 at 02:00 PM CST (Pacer Doc. 42.)

2. Jeffrey Grantham and Ethan McDaniel, counsel for the Plaintiff, will be in flight all day on April 3.

3. Phillip Cutler, lead counsel for Defendants, will be attending the American Bar Association Dispute Resolution Conference on April 3.

4. Charles Stewart, co-counsel for the Defendants, will be in flight on April 3 as well.

01619873.1

5.  Counsel for the parties have conferred and determined that Thursday, April 10, 2008 is a date on which all counsel are available for the oral argument at almost any time of the business day.

6.  In light of these previously-scheduled conflicts on Thursday, April 3, 2008, the Parties respectfully request this Court to change the date of the oral argument regarding the Joint Statement to Thursday, April 10, 2008.

7.  The requested change of date will not be prejudicial to the administration of justice.

8.  Counsel for Defendants have given their express permission for Plaintiff to file this motion and to represent to this Court that the parties are in agreement with regard to the terms of this motion.

WHEREFORE, premises considered, the Parties respectfully request this Court to reschedule the oral argument from Thursday, April 3, 2008 to Thursday, April 10, 2008.

DATE:  March 24, 2008

Respectfully submitted,

 /s J. Ethan McDaniel
Jeffrey M. Grantham (GRA048)
M. Lee Huffaker (HUF011)
J. Ethan McDaniel (MCD065)
Attorneys for Plaintiff Movie Gallery

01619873.1

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

/s Charles A. Stewart, III
One of the attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles Andrew Stewart, III
Quindal C. Evans
John Edward Goodman
Philip E. Cutler
Robert G. Nylander

/s J. Ethan McDaniel
OF COUNSEL

01619873.1