IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOVIE GALLERY US, LLC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv1032-MHT |
| | ) |
| MARK W. GREENSHIELDS, *et al*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the parties' joint motion for an extension of time for oral argument (doc. # 43). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion be and is hereby GRANTED and oral argument presently set for 2:00 p.m. Central Standard Time on April 3, 2008 by telephone conference call be and is hereby RESET to **2:00 p.m. Central Standard Time on April 10, 2008**. The defendants shall set up the telephone conference call.

Done this 26th day of March, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE