IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MOVIE GALLERY US, LLC,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | Civil Action No.: |
| ) | 2:07-CV-01032-MHT |
| **MARK W. GREENSHIELDS,** ) | |
| **ASSOCIATED SOURCING, and** ) | |
| **ASSOCIATED SOURCING HOLDINGS,** ) | |
| **INC. d/b/a/ VIDEO LIBRARY,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR LEAVE TO FILE A RESPONSE

Come now Defendants Mark W. Greenshields, Associated Sourcing, and Associated Sourcing Holdings Inc. and request leave to file a response to Plaintiff's Motion to Continue filed on April 21, 2008. In support thereof, Defendants state as follows:

1. On or about April 15, 2008, Plaintiff first addressed its concern over the current trial date with counsel for Defendants. Counsel for Defendants was not, at that time, in a position to negotiate that matter with counsel for Plaintiff.

2. On or about April 18, 2008, counsel for Plaintiff and counsel for Defendant again spoke about the possibility of a continuance. While no agreement was made at that time, counsel for Plaintiff stated that he would consider the options discussed and then respond to counsel for Defendants.

3. Before discussing the matter further with Defendants, Plaintiff filed a Motion to Continue on the morning of April 21, 2008.

4. Defendants continue to have serious concerns with the further delay of this matter, especially in light of the nature of the dispute and damages at stake.

5. Defendants request leave to file a response to the Motion to Continue in order to fully address their concerns with the significant delay that will result from a continuance to the December 2008 trial term.

6. If leave is granted, said response will be filed no later than Thursday, May 1, 2008.

**WHEREFORE**, Defendants respectfully request leave to file a response to Plaintiff's Motion to Continue filed on April 21, 2008.

Respectfully submitted,

/s/ Charles A. Stewart III
Charles A. Stewart III (STE067)
Quindal C. Evans (EVA040)
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: cstewart@bradleyarant.com
qevans@bradleyarant.com

**Attorneys for Defendants**

Of Counsel
John Goodman (GOO017)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: jgoodman@bradleyarant.com

Philip E. Cutler (WSBA 5084)
Robert G. Nylander (WSBA 17264)
Cutler Nylander & Hayton, P.S.
1191 Second Avenue
Seattle, Washington 98122
Telephone: (206) 340-4600
Facsimile: (206) 340-4646
E-mail:  philcutler@cnhlaw.com
        rgnylander@cnhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jeffrey M. Grantham
>M. Lee Huffaker
>J. Ethan McDaniel
>Maynard, Cooper & Gale, P.C.
>1901 Sixth Avenue North
>2400 Regions Harbert Plaza
>Birmingham, AL 35203-2618

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

/s/ Charles A. Stewart III
OF COUNSEL

1/1697110.1                               3