IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MOVIE GALLERY US, LLC, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MARK W. GREENSHIELDS, )<br>et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:07cv1032-MHT |

ORDER

It is ORDERED that the motion for continuance of trial date (Doc. No. 47) is denied.

DONE, this the 22nd day of April, 2008.

                         /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE