## IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MOVIE GALLERY US, LLC, | ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv1032-MHT |
| | ) | |
| MARK W. GREENSHIELDS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the opposition to motion (Doc. No. 49) is overruled.

DONE, this the 23rd day of April, 2008.

                                              /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE