IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MOVIE GALLERY US, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv1032-MHT |
| | ) | |
| MARK W. GREENSHIELDS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the joint motion to take two depositions after discovery cut-off deadline (Doc. No. 56) is granted.

It is further ORDERED that the parties are allowed until July 18, 2008, to take the depositions.

DONE, this the 2nd day of June, 2008.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE