IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOVIE GALLERY US, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO.  2:07-CV-1032-MHT |
| | ) |
| MARK W. GREENSHIELDS, *et al*, | ) |
| | ) |
|     Defendants. | ) |

ORDER

It is ORDERED that the joint motion to take two depositions after discovery cut-off deadline (doc. # 58) is GRANTED.  It is further

ORDERED that the parties are allowed until July 18, 2008, to take the depositions.

Done this 9TH day of June, 2008.

          /s/Charles S. Coody
      CHARLES S. COODY
      UNITED STATES MAGISTRATE JUDGE