IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MOVIE GALLERY US, LLC,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | **Civil Action No.:** |
| ) | **2:07-CV-01032-MHT** |
| **MARK W. GREENSHIELDS,** ) | |
| **ASSOCIATED SOURCING, and** ) | |
| **ASSOCIATED SOURCING HOLDINGS,** ) | |
| **INC. d/b/a/ VIDEO LIBRARY,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' DEPOSITION DESIGNATIONS

Come now Defendants **Mark W. Greenshields, Associated Sourcing and Associated Sourcing Holdings, Inc. d/b/a Video Library** pursuant to the Court's Scheduling Order in this matter and Rule 26(a)(3)(B)[1] of the Federal Rules of Civil Procedure, make the following deposition designations. In making this designation, Defendants state that it appropriate under Rule 34.

    **A.**    **Deposition of Jared Smith**
           11:6-7
           26:18-27:24
           44:21-47:6
           62:18-23
           63:23-64:25
           66:6-70:22
           76:16-78:5
           79:17-81:20
           83:9-84:16
           85:15-93:17
           136:5-16

---

[1] Defendants note that they anticipate calling all available witnesses live or via telephone, but, due to distance and/or illness, they may be unable to procure the appearance of all witness.

In addition to the above-designated deposition excerpts, Defendants reserve the right (a) to designate additional witnesses and possible witnesses after reviewing Plaintiff's document production on or after June 6, 2008, (b) to designate additional deposition testimony and possible witnesses in response to depositions taken after June 6, 2008, (c) to use all or any portion of the deposition of any witness taken in this matter, if the witness is unavailable for trial, and (d) to otherwise supplement these deposition designations.

Respectfully submitted this 10th day of June, 2008.

        s/ Charles A. Stewart III
Charles A. Stewart III (STE067)
Quindal C. Evans (EVA040)
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail:  cstewart@bradleyarant.com
       qevans@bradleyarant.com

**Attorneys for Defendants**

Of Counsel
John Goodman (GOO017)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: jgoodman@bradleyarant.com

Philip E. Cutler (WSBA 5084)
Robert G. Nylander (WSBA 17264)
Cutler Nylander & Hayton, P.S.
1191 Second Avenue
Seattle, Washington 98122
Telephone: (206) 340-4600
Facsimile: (206) 340-4646
E-mail:   philcutler@cnhlaw.com
rgnylander@cnhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey M. Grantham
M. Lee Huffaker
J. Ethan McDaniel
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

/s/ Charles A. Stewart III
OF COUNSEL