IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOVIE GALLERY US, LLC, ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
|    V. ) | Civil Action No.: |
| ) | 2:07-CV-01032-MHT |
| MARK W. GREENSHIELDS, ) | |
| ASSOCIATED SOURCING, and ) | |
| ASSOCIATED SOURCING ) | |
| HOLDINGS, INC. d/b/a/ VIDEO ) | |
| LIBRARY, ) | |
| ) | |
|    Defendants. ) | |

## DEFENDANTS' EXHIBIT LIST

Come now Defendants **Mark W. Greenshields, Associated Sourcing and Associated Sourcing Holdings, Inc. d/b/a Video Library** pursuant to the Court's Scheduling Order in this matter and Rule 26(a)(3) of the Federal Rules of Civil Procedure and designate the following exhibits which they may use at the trial of this cause:

1.     Movie Gallery Racking Locations
   MG 0877-0879

2.     Movie Gallery Racking Locations
   MG 0761-0766

3.     Movie Gallery Racking Locations
   (Based on MG 0877-0879)

4.     Movie Gallery Racking Locations, color coded version
   (Based on MG 0877-0879 and MG 0514-0516)

5.     Schedule 2.1 to 05/09/07 draft of Purchase & Sale Agreement: Racking Locations
   MG 0514-0516

6. Email(s) between Piwetz and Greenshields attaching Schedule 2.1 and other documents for Purchase & Sale Agreement dated 05/08/07
GREEN 1707-1712

7. Email from Piwetz to Greenshields with Schedule 2.1 to Purchase & Sale Agreement: Racking Locations, dated 05/08/07
MG 0282-0287

8. Movie Gallery List of Executory Contracts filed in Bankruptcy Court on 04/04/08, D.E. No. 2132

9. Movie Gallery List of Executory Contracts filed in Bankruptcy Court on 04/9/08, D.E. No. 2182

10. Movie Gallery List of Executory Contracts filed in Bankruptcy Court on 05/16/08, D.E. No. 2337

11. Email from Piwetz to Greenshields with 2005 and 2006 income statements for racking business, dated 02/19/07
MG 0268-0271

12. Email from Piwetz to Greenshields with information on racking, dated 02/19/07
MG 0275-0276

13. Email from Piwetz to Greenshields with 2004 income/cash flow statement for racking business, dated 02/22/07
MG 0277-0279

14. Chart of financial information
MG 0611-0615

15. "Bill to List" from 1/1/06-3/28/08
MG 0880-0881

16. "Ship to List" from 1/1/06-3/28/08
MG 0882-0884

17. "Billing" from 1/1/06-3/28/08)
MG 0888-0947

18. "Revenue/Profit Spreadsheet" from 1/1/06-3/28/08
MG 0948-0967

19. "Sell Through List" MG 0968-1007

20. Agreement for purchase and sale of Video Library Inc. shares to MG Midwest Inc. with schedules, dated 04/22/03
MG 0008-0050

21. Asset purchase agreement between Rebecca Reno and WMI and MG Midwest Inc. with schedules, dated 04/22/03
MG 0051-0184

22. Email(s) between Piwetz to Greenshields with initial draft of Purchase & Sale Agreement between Greenshields and Movie Gallery, dated 01/16/07
MG 0185-186

23. Initial draft of Purchase & Sale Agreement between Greenshields and Movie Gallery, including exhibits A&B, dated 01/16/07
MG 0187-0216

24. MG/Albert's Red Apple Customer Racking Agreement

25. MG/Big Horn IGA Customer Racking Agreement, dated 04/09/96
MG 1220-1221

26. MG/Blanton's Market Customer Racking Agreement

27. MG/Brewster Marketplace Customer Racking Agreement, dated 03/15/02
MG 1224-1225

28. MG/Cloniger's Customer Racking Agreement, dated 05/06/02
MG 0797-0798

29. MG/Cloniger's Customer Racking Agreement, dated 04/09/05
MG 0799-0801

30. MG/Island General Store Customer Racking Agreement, dated 04/17/03
MG 1226-1227

31. MG/Jefferson IGA Customer Racking Agreement, dated 10/15/02
MG 1222-1223

32. MG/Jim's Sentry Market (Thriftway) Customer Racking Agreement, dated 07/30/03
MG 0817-0818

33. MG/Kirby Co. (Shelton Red Apple) Customer Racking Agreement, dated 06/23/03
MG 0819-0820

34. MG/Kwik Stop Customer Racking Agreement, dated 06/19/92
MG 0802-0807

35.   MG/Kwik Stop Customer Racking Agreement, dated 09/01/94
      MG 0808-0813

36.   MG/Kwik Stop Customer Racking Agreement, dated 03/15/97
      MG 0814-0815

37.   MG/Little Horn IGA Customer Racking Agreement, dated 02/13/02
      MG 1218-1219

38.   MG/Martin's Marketplace Customer Racking Agreement, dated 12/02/02
      MG 1211-1212

39.   MG/Midtown Market Customer Racking Agreement, dated 07/08/04
      MG 1228-1230

40.   MG/Milligan's IGA Customer Racking Agreement, dated 09/26/99
      MG 1216-1217

41.   MG/Olie's Sinclair Customer Racking Agreement, dated 04/01/01
      MG 0793-794

42.   MG/Rowli's Food Farm Customer Racking Agreement, dated 11/01/93
      MG 1213-1215

43.   MG/Salkum Super Customer Racking Agreement, dated 02/13/03
      MG 0795-0796

44.   ASG Video/Albert's Red Apple Customer Racking Agreement, dated 08/14/07
      ASG 1083-1086

45.   ASG Video/Big Horn IGA Customer Racking Agreement, dated 08/30/07
      ASG 1114-1116

46.   ASG Video/Blanton's Market Customer Racking Agreement, dated 11/16/07
      ASG 1203-1205

47.   ASG Video/Brewster Marketplace Customer Racking Agreement, dated 03/04/08
      ASG 1170-1172

48.   ASG Video /Cloniger's Customer Racking Agreement, dated 11/06/07
      ASG 1119-1122

49.   ASG Video/Island General Store Customer Racking Agreement, dated 11/09/07
      ASG 1123-1126

50.     ASG Video/Jefferson IGA Customer Racking Agreement, dated 10/12/07
        ASG 1117-1118

51.     ASG Video/Jim's Thriftway Customer Racking Agreement, dated 08/21/07
        ASG 1095-1118

52.     ASG Video/Kirby Co. (Shelton Red Apple) Customer Racking Agreement, dated 08/12/07
        ASG 1091-1094

53.     ASG Video/Kwik Stop Customer Racking Agreement, dated 08/27/07
        ASG 1099-1102

54.     ASG Video/Little Horn IGA Customer Racking Agreement, dated 08/30/07
        ASG 1111-1113

55.     ASG Video /Martin's Marketplace Customer Racking Agreement, dated 03/14/08
        ASG 1210-1213

56.     ASG Video/Midtown Market Customer Racking Agreement, dated 08/27/07
        ASG 1107-1110

57.     ASG Video/Milligan's IGA Customer Racking Agreement, dated 10/01/07
        ASG 1185-1187

58.     ASG Video/Olie's Corner Customer Racking Agreement, dated 08/14/07
        ASG 1080-1082

59.     ASG Video/Rowli's Food Farm Customer Racking Agreement, dated 08/27/07
        ASG 1103-1106

60.     ASG Video/Salkum Super Customer Racking Agreement, dated 08/21/07
        ASG 1087-1090

61.     ASG Video/Mini Merc Customer Racking Agreement, dated 09/19/07
        ASG 1128-1130

62.     ASG Video/Belt Valley Grocery Customer Racking Agreement, dated 02/19/08
        ASG 1196-1198

63.     ASG Video/Brown & Cole Customer Racking Agreement, dated 11/14/07
        ASG 1199-1202

64.     ASG Video/Rockin J Customer Racking Agreement, dated 04/08
        ASG 1203-1205

65. ASG Video/Skiles Corp. (Pioneer Market) Customer Racking Agreement, dated 10/19/07
    ASG 1192-1122

66. Jared Smith/ASG Proprietary Information & Inventions Agreement, dated 07/16/07
    ASG 0156-0161

67. Adam Plymale/ASG Proprietary Information & Inventions Agreement, dated 07/17/07
    ASG 0165-0170

68. Andrew Kiel/ASG Proprietary Information & Inventions Agreement, dated 08/06/07
    ASG 1074-1079

69. ASG Lease for Billings Warehouse, dated 09/20/07
    ASG 1131-1134

70. Email(s) between Piwetz and Greenshields regarding no Movie Gallery contracts and non-competes with Movie Gallery employees, dated 05/11/07
    GREEN 01861-01866

71. Emails between Greenshields and Piwetz regarding no Movie Gallery contracts with employees, dated 05/09/07
    MG 0788-0792

72. Email(s) between Brown and Greenshields regarding use of form for transfer of Movie Gallery intellectual property, dated 05/14/07
    GREEN 1967-1969

73. Email(s) between Piwetz and Greenshields regarding Movie Gallery financial info for due diligence, dated 01/05/07
    GREEN 0144-0147

74. Lougee Call Log, MG 0624-0630

75. Bad Bear Productions Business Plan, Lougee Deposition Exhibit No. 9
    RkyMtn 0001-0217

76. Email chain between Greenshields, Piwetz, and Brown regarding transfer of tradename, dated 05/13-14/07
    MG 0609-0610

77. Emails between Piwetz, Brown, Greenshields, and Sailer regarding assignment of tradename, dated 05/14/07
    MG 0601-0604

78. Email between Sailer and Piwetz attaching assignment form for tradename, dated 05/14/07
    MG 0606-0608

79. Email between Piwetz to Greenshields with profile information request, dated 03/08/07
    MG 0280-0281

80. Email between Piwetz to Greenshields regarding tradename and trademark transfer, dated 05/14/07
    GREEN 001960 – 001961

81. Email between Piwetz to Greenshields regarding tradename and trademark transfer, dated 05/14/07
    GREEN 001964 – 001966

82. Movie Gallery Associate Acknowledgment Form, Piwetz Deposition Exhibit No. 14A

83. Asset Purchase Agreement, Piwetz Deposition Exhibit No. 21
    MG 0051-0184

84. Agreement for Purchase and Sale of Shares, Piwetz Deposition Exhibit No. 22
    MG 0008-0050

85. Employment Agreement/Covenant Not to Compete, Piwetz Deposition Exhibit No. 23
    MG 0619-0622

86. Video Library Summary of Lost Accounts Damages Model,
    Piwetz Deposition Exhibit No. 24
    GREEN 1975

87. Confidentiality Agreement signed by Jeremy Lougee, dated 07/26/07, Lougee Deposition Exhibit No. 8

88. Internal Commercial Loan Request, Lougee Deposition Exhibit No. 10
    RM 000011-000013

89. "Your Net Worth" Document, Lougee Deposition Exhibit No. 11
    RM 000122-000123

90. Confidentiality Agreement, Lougee Deposition Exhibit No. 12
    MG 0002-0007

91. Movie Gallery, Inc. Code of Business Conduct and Ethics, Lougee Deposition Exhibit No. 13
MG 0825-0833

92. Movie Gallery Associate Handbook, Lougee Deposition Exhibit No. 14
MG 0834-0865

93. Bankruptcy Court Notice Plan Supplement, Lougee Deposition Exhibit No. 15

94. Set of Standard Lease Agreements, Lougee Deposition Exhibit No. 16
MG 0793-0820, ARA 0001-0004, Horn IGA 0003-0008

95. Standard Lease Agreements, Lougee Deposition Exhibit No. 17A - 17I

96. Account List, Lougee Deposition Exhibit No. 18
MG 0877-0879

97. ASG Video Business Cards for Adam Plymale, Jared Smith and Andrew Kiel
ASG 001051-001052

98. ASG Video correspondence to new customers
ASG 001161-00164, ASG 001228, ASG 001249-001262, ASG 001265, ASG 001269-001270, ASG 001274, ASG 001277, ASG 001281, ASG 001285, ASG 001290-001297, ASG 001302-001304, ASG 001309-001311, ASG 001316-001377, ASG 001404-001406, ASG 001411-001414, ASG 001419, ASG 001423-001424, ASG 001425, ASG 001430-001432, ASG 001436, ASG 001445-001447, ASG 001455, ASG 001458, ASG 001465, ASG 001473, ASG 001475-001477, ASG 001482, ASG 001487-001488, ASG 001494-001497, ASG 001502-001503, ASG 001508-001509, ASG 001512-001521, ASG 001552, ASG 001556, ASG 001560-001561, ASG 001567, ASG 001574-001575, ASG 001578-001580, ASG 001584-001587, ASG 001595-001597, ASG 001603-001604, ASG 001607, ASG 001609, ASG 001614-001615, ASG 001621, ASG 001626, ASG 001667-001669, ASG 001675, ASG 001678, ASG 001681, ASG 001687, ASG 001692, ASG 001697, ASG 001705, ASG 001712, ASG 001717-001719, ASG 001723, ASG 001732-001734, ASG 001742, ASG 001745, and ASG 001752

99. ASG Video Power Point Presentations to potential customers
ASG 001145-001159, ASG 001221-001227, ASG 001229-001235, ASG 001237-001248, ASG 001263-001264, ASG 001266-001268, ASG 001271-001273, ASG 001275-001276, ASG 001278-001280, ASG 001282-1284, and ASG 001286-001289

100. ASG Video letterhead
ASG 001160

101. Library Video Company webpage and corporate information
ASG 001781 – 001785

102. Video Library Company webpage and corporate information
ASG 001772 – 001777

103. Screenshot of vidlibrary.com current webpage and earlier webpages
ASG 001778 – 001780

104. Screenshot of ASGVideo.net webpage
ASG 001786

105. Notice of Abandonment: Trademark Application Mark Video Library, dated 05/01/08
ASG 001770 – 001771

106. Cover letter to document production and note regarding 09/17/07 notice to Movie Gallery regarding termination of Movie Gallery contract
Rowlis 0001 and 08

107. ASG Video financial information
ASG 001760 to 001769

108. Draft #1 (1-16-07) of Asset Purchase Agreement
GREEN 000171-000200

109. Draft # 2 (2-08-07) of Asset Purchase Agreement
GREEN 000252-000282

110. Draft # 2 (2-08-07) of Asset Purchase Agreement redline
GREEN 000283-000313

111. Draft # 3 (2-20-07)of Asset Purchase Agreement
GREEN 001027-001069

112. Draft # 3 (2-20-07)of Asset Purchase Agreement Redline
GREEN 001073-001102

113. Draft # 4 (3/28/07) of Asset Purchase Agreement
GREEN 001362-001406

114. Draft # 4 (3/28/07) of Asset Purchase Agreement Redline
GREEN 001407-001437

115. Draft # 7 (Rental Only) (5-7-07) of Asset Purchase Agreement
GREEN 001670-001699

116. Draft # 7 (Rental Only) (5-7-07) of Asset Purchase Agreement Redline
GREEN 001732-001761

117. Plaintiff Movie Gallery's Answers to Defendant Mark Greenshields' First Interrogatories and Requests for Production

118. Plaintiff Movie Gallery's Answers to Defendant Mark Greenshields' First Request for Admissions

119. Plaintiff Movie Gallery's Answers to Defendant ASG Video's Second Discovery Requests

120. Plaintiff Movie Gallery's Answers to Defendant Mark Greenshields' First Discovery Requests

121. Plaintiff Movie Gallery's Supplemental Answers to Defendant Associated Sourcing Holdings, Inc.'s First Interrogatories and Requests for Production

In addition to the above-listed exhibits, Defendants reserve the right (a) to designate any exhibit designated by Plaintiff, (b) to designate additional exhibits after reviewing Plaintiff's exhibit list, (c) to designate any document produced on or after June 6, 2008, (d) to designate any exhibit to or a document relevant to a deposition taken on or after June 6, 2008, (e) to use any document to refresh a witness's recollection, (f) to use any document to impeach a witness, and (g) to supplement this exhibit list.

Respectfully submitted this the 10th day of June.

> s/ Charles A. Stewart III     _____
> Charles A. Stewart III (STE067)
> Quindal C. Evans (EVA040)
> Bradley Arant Rose & White LLP
> Alabama Center for Commerce
> 401 Adams Avenue, Suite 780
> Montgomery, AL 36104
> Telephone: (334) 956-7700
> Facsimile: (334) 956-7701
> E-mail:  cstewart@bradleyarant.com
>             qevans@bradleyarant.com
> **Attorneys for Defendants**

<u>Of Counsel</u>
John Goodman (GOO017)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: jgoodman@bradleyarant.com

Philip E. Cutler (WSBA 5084)
Robert G. Nylander (WSBA 17264)
Cutler Nylander & Hayton, P.S.
1191 Second Avenue
Seattle, Washington 98122
Telephone: (206) 340-4600
Facsimile: (206) 340-4646
E-mail:philcutler@cnhlaw.com
rgnylander@cnhlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey M. Grantham
M. Lee Huffaker
J. Ethan McDaniel
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

s/ Charles A. Stewart III
OF COUNSEL