**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **MOVIE GALLERY US, LLC,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | Civil Action No.: |
| | ) | 2:07-CV-01032-MHT |
| **MARK W. GREENSHIELDS,** | ) | |
| **ASSOCIATED SOURCING, and** | ) | |
| **ASSOCIATED SOURCING HOLDINGS,** | ) | |
| **INC. d/b/a/ VIDEO LIBRARY,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANTS' WITNESS LIST

Come now Defendants **Mark W. Greenshields, Associated Sourcing and Associated Sourcing Holdings, Inc. d/b/a Video Library** pursuant to the Court's Scheduling Order in this matter and Rule 26(a)(3) of the Federal Rules of Civil Procedure, and designate the following will-call witnesses:

**1.**   Mark Greenshields
c/o Cutler Nylander & Hayton, P.S.
1191 Second Avenue, Suite 1650
Seattle, WA 98101
(206) 340 – 4600

**2.**   Jared Smith
c/o Cutler Nylander & Hayton, P.S.
1191 Second Avenue, Suite 1650
Seattle, WA 98101
(206) 340 - 4600

 **3.**  Andrew Kiel
    c/o Cutler Nylander & Hayton, P.S.
    1191 Second Avenue, Suite 1650
    Seattle, WA 98101
    (206) 340 - 4600

 **4.**  Adam Plymale
    c/o Cutler Nylander & Hayton, P.S.
    1191 Second Avenue, Suite 1650
    Seattle, WA 98101
    (206) 340 - 4600

 **5.**  Roger Spain, CPA, CFA, ABV, CVA
    Expert Witness
    Aldridge Borden & Company, P. C.
    c/o Charles A. Stewart III
    Bradley Arant Rose & White LLP
    401 Adams Avenue, Suite 789
    Montgomery, Alabama 36104
    (334) 956-7700

In addition to the aforementioned witnesses, Defendants designate the following may-call witnesses:

 **1.**  Chris Falco
    Falco, Sult & Company, P.S.
    c/o Sam B. Franklin
    Lee Smart, P.S. Inc.
    1800 One Convention Place
    701 Pike Street
    Seattle, WA 98101
    (206) 624-7990

 **2.**  Robert Sailer
    Pacific Northwest Law Group
    16141 Cleveland Street, Suite C
    PO Box 86
    Redmond, WA 98052
    (425) 867-0512

**3.**  Linda Gardner
Milligan's IGA
2 S. Woodard Ave
Absarokee, MT 59001
(406) 328-4314

**4.**  Margaret Keating
Kwik Stop
1 N. Clark St.
Park City, MT 59063
(406) 633-2730

**5.**  Beth Keating
Midtown Market
207 3rd St. NE
Harlowtown, MT 59036
(406) 632-5570

**6.**  John Piwetz
c/o Jeffrey M. Grantham
Maynard Cooper & Gale, P.C.
1901 6th Avenue North Suite 2400
Birmingham, AL 35203
(205) 254-1000

**7.**  Jeremy Lougee
c/o Jeffrey M. Grantham
Maynard Cooper & Gale, P.C.
1901 6th Avenue North Suite 2400
Birmingham, AL 35203
(205) 254-1000

**8.**  Page Todd
c/o Jeffrey M. Grantham
Maynard Cooper & Gale, P.C.
1901 6th Avenue North Suite 2400
Birmingham, AL 35203
(205) 254-1000

In addition to the above-listed witnesses, Defendants reserve the right (a) to designate additional witnesses and possible witnesses after reviewing Plaintiff's document production on or after June 6, 2008, (b) to designate additional witnesses and possible witnesses in response to depositions taken after June 6, 2008, and (c) to call any witness listed or called by Plaintiff.

Respectfully submitted this 10th day of June, 2008.

                                            s/ Charles A. Stewart III
Charles A. Stewart III (STE067)
Quindal C. Evans (EVA040)
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail:   cstewart@bradleyarant.com
          qevans@bradleyarant.com

**Attorneys for Defendants**

<u>Of Counsel</u>
John Goodman (GOO017)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: jgoodman@bradleyarant.com

Philip E. Cutler (WSBA 5084)
Robert G. Nylander (WSBA 17264)
Cutler Nylander & Hayton, P.S.
1191 Second Avenue
Seattle, Washington 98122
Telephone: (206) 340-4600
Facsimile: (206) 340-4646
E-mail:    philcutler@cnhlaw.com
rgnylander@cnhlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jeffrey M. Grantham
    M. Lee Huffaker
    J. Ethan McDaniel
    Maynard, Cooper & Gale, P.C.
    1901 Sixth Avenue North
    2400 Regions Harbert Plaza
    Birmingham, AL 35203-2618


and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.


                                                  /s/ Charles A. Stewart III
                                                OF COUNSEL