**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **MOVIE GALLERY US, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **CIVIL ACTION NO. 2:07CV1032-MHT** |
| **MARK W. GREENSHIELDS,** ) | |
| **ASSOCIATED SOURCING, and** ) | |
| **ASSOCIATED SOURCING HOLDINGS,** ) | |
| **INC. d/b/a VIDEO LIBRARY** ) | |
| ) | |
| **Defendants.** | |

**PLAINTIFF MOVIE GALLERY US, LLC'S WITNESS LIST**

Pursuant to Section 9 of this Court's Uniform Scheduling Order and *Fed. R. Civ. P.* 26(a)(3), Plaintiff Movie Gallery US, LLC ("Plaintiff" or "Movie Gallery") hereby provides its list of witnesses.

Plaintiff respectfully reserves the right to supplement this list of witnesses. To date, Plaintiff knows of the following witnesses that it may call or expects to call at trial.

1.     Witnesses expected to be called:

A.     Mr. John Piwetz
8029 Mitchell Lane
Birmingham, AL 35216
205-790-1122

B.     Mr. Jeremy Lougee
2116 Broadwater
Billings, MT 59102
406-652-5656

C.     Ms. Becky Reno
1131 N. 27th St.
Billings, MT 59101
406-294-9353

D.     Mr. Mark Greenshields
       15715 NE 135th Street
       Redmond, WA  98052
       206-226-1391

E.     Mr. Jared Smith
       35 Palmer Lane
       Boyd, MT  59013
       406-425-5656

F.     Mr. Andrew Kiel
       1125 Wren St.
       Billings, MT  59101
       phone unknown

G.     Mr. Adam Plymale
       4008 77th Ave. Court NW
       Gig Harbor, WA 98335
       phone unknown

H.     Mr. Page Todd
       900 West Main Street
       Dothan, Alabama 36301
       334-702-2431

I.     Mr. Roger Spain
       74 Commerce St.
       Montgomery, AL 36104
       334-834-6640

2.     Witnesses that may be called if the need arises:

A.     Mr. William Long
       Two N. 20th St., Suite 1440
       Birmingham, AL  35203
       205-488-1138

B.     Mr. Chris Theademan
       900 West Main Street
       Dothan, AL 36301
       334-677-2108  x 22671

C.     Any witness whose identity is disclosed during the course of discovery or
       between the filing of this list and trial.

D.     Any witness who has been deposed or may be deposed prior to the trial of
       this case.

E.    Any witness needed to identify and/or authenticate records or documents relating to Video Library, Inc.

F.    Any witness needed to identify and/or authenticate any photographs.

G.    Any witness needed to identify and/or authenticate records or documents relating to any hard drives or computer data.

H.    Any person who may be necessary to authenticate any document or item introduced as an exhibit, who cannot be anticipated at this time.

I.    Any witness necessary for impeachment or rebuttal.

J.    Any person who is listed as a witness for Defendants.


DATE:  June 10, 2008



                                              Respectfully submitted,

                                               /s J. Ethan McDaniel
                                              Jeffrey M. Grantham (GRA048)
                                              M. Lee Huffaker (HUF011)
                                              J. Ethan McDaniel (MCD065)
                                              Attorneys for Plaintiff Movie Gallery




OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles Andrew Stewart, III<br>
Quindal C. Evans<br>
John Edward Goodman<br>
Philip E. Cutler<br>
Robert G. Nylander

_/s J. Ethan McDaniel_____
OF COUNSEL