IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOVIE GALLERY US, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 2:07CV1032-MHT |
| MARK W. GREENSHIELDS, | ) |
| ASSOCIATED SOURCING, and | ) |
| ASSOCIATED SOURCING HOLDINGS, | ) |
| INC. d/b/a VIDEO LIBRARY | ) |
| | ) |
| Defendants. | |

**PLAINTIFF MOVIE GALLERY US, LLC'S DEPOSITION DESIGNATIONS**

Pursuant to Section 10 of this Court's Uniform Scheduling Order and *Fed. R. Civ. P.* 26(a)(3), Plaintiff Movie Gallery US, LLC ("Plaintiff" or "Movie Gallery") hereby provides its list of deposition designations.

Plaintiff respectfully reserves the right to supplement this list of deposition designations. To date, Plaintiff designates the following deposition testimony:

1. The Deposition of Mark W. Greenshields (in his individual and representative capacity).

2. The Deposition of Jared P. Smith.

3. The Deposition of John Piwetz (in his individual and representative capacity).

4. The Deposition of Jeremy Lougee (in his individual and representative capacity).

5. The Deposition of Andrew Kiel.

6. The Deposition of Adam Plymale.

7. The Deposition of Page Todd.

8  The Deposition of Roger Spain.

9. Any other depositions that take place prior to trial of this matter.

01643905.1

DATE:  June 10, 2008

                                          Respectfully submitted,

                                           _/s J. Ethan McDaniel_____
                                          Jeffrey M. Grantham (GRA048)
                                          M. Lee Huffaker (HUF011)
                                          J. Ethan McDaniel (MCD065)
                                          Attorneys for Plaintiff Movie Gallery

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

01643905.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles Andrew Stewart, III<br>
Quindal C. Evans<br>
John Edward Goodman<br>
Philip E. Cutler<br>
Robert G. Nylander

                                                /s J. Ethan McDaniel_____
                                                OF COUNSEL