**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **MOVIE GALLERY US, LLC,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | Civil Action No.: |
| | ) | 2:07-CV-01032-MHT |
| **MARK W. GREENSHIELDS,** | ) | |
| **ASSOCIATED SOURCING, and** | ) | |
| **ASSOCIATED SOURCING HOLDINGS,** | ) | |
| **INC. d/b/a/ VIDEO LIBRARY,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## DEFENDANTS' COUNTER DEPOSITION DESIGNATIONS

Pursuant to the Court's Scheduling Order, **Mark W. Greenshields, Associated Sourcing and Associated Sourcing Holdings, Inc.** file this counter designation of deposition testimony in response to Plaintiff Movie Gallery US, LLC's Deposition Designations filed on June 10, 2008.

Plaintiff designated all of the depositions taken in this matter, and each deposition was designated in its entirety. Any designation of responsive testimony would, therefore, be superfluous at this time. In the event that Plaintiff supplements its deposition designations with additional or narrowed deposition testimony, Defendants reserve the right to make specific deposition counter designations at that time. Furthermore, this filing should not be construed as a waiver of any objections to the deposition testimony designated by Plaintiff.

Respectfully submitted this 17th day of June, 2008.

          s/ Charles A. Stewart III
          Charles A. Stewart III (STE067)
          Quindal C. Evans (EVA040)
          Bradley Arant Rose & White LLP
          Alabama Center for Commerce
          401 Adams Avenue, Suite 780
          Montgomery, AL 36104
          Telephone: (334) 956-7700
          Facsimile: (334) 956-7701
          E-mail:   cstewart@bradleyarant.com
                    qevans@bradleyarant.com

**Attorneys for Defendants Mark W. Greenshields, Associated Sourcing and Associated Sourcing Holdings, Inc.**

Of Counsel
John Goodman (GOO017)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: jgoodman@bradleyarant.com


Philip E. Cutler (WSBA 5084)
Robert G. Nylander (WSBA 17264)
Cutler Nylander & Hayton, P.S.
1191 Second Avenue
Seattle, Washington 98122
Telephone: (206) 340-4600
Facsimile: (206) 340-4646
E-mail:   philcutler@cnhlaw.com
rgnylander@cnhlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jeffrey M. Grantham
    M. Lee Huffaker
    J. Ethan McDaniel
    Maynard, Cooper & Gale, P.C.
    1901 Sixth Avenue North
    2400 Regions Harbert Plaza
    Birmingham, AL 35203-2618

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  n/a.

                                        /s/ Charles A. Stewart III
                                          OF COUNSEL