IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MOVIE GALLERY US, LLC,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) |
| **MARK W. GREENSHIELDS, ASSOCIATED SOURCING, and ASSOCIATED SOURCING HOLDINGS, INC. d/b/a VIDEO LIBRARY** | ) CIVIL ACTION NO. 2:07CV1032-MHT ) ) ) ) |
| **Defendants.** | ) |

**PLAINTIFF MOVIE GALLERY US, LLC'S COUNTER DEPOSITION DESIGNATIONS**

Pursuant to Section 10 of this Court's Uniform Scheduling Order, Plaintiff Movie Gallery US, LLC ("Plaintiff" or "Movie Gallery") hereby provides its counter deposition designations in response to Defendants' deposition designations filed on June 10, 2008 (Pacer Doc. 60.).

Defendants designated portions of the deposition of Jared Smith. In response, Movie Gallery counter designates the following portions of Mr. Smith's deposition:

5:1-11:5
11:8-26:17
27:25-44:20
47:7-62:17
62:24-63:22
65:1-66:5
70:23-76:15
78:6-79:16
81:21-83:8
84:17-85:14
93:18-136:4
136:17-151:2

01654282.1

Additionally, Movie Gallery respectfully reserves the right to provide further responsive designations in the event Defendants designate additional deposition testimony at a later date, or to otherwise supplement the counter designations included herein. Further, Movie Gallery preserves (and expressly does not waive) any objections to Defendants' designated deposition testimony.

DATE: June 17, 2008

    Respectfully submitted,

     /s J. Ethan McDaniel_____
    Jeffrey M. Grantham (GRA048)
    M. Lee Huffaker (HUF011)
    J. Ethan McDaniel (MCD065)
    Attorneys for Plaintiff Movie Gallery

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

01654282.1

## CERTIFICATE OF SERVICE

      I hereby certify that on June 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles Andrew Stewart, III
Quindal C. Evans
John Edward Goodman
Philip E. Cutler
Robert G. Nylander

        /s J. Ethan McDaniel
        OF COUNSEL

01654282.1