IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MOVIE GALLERY US, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv1032-MHT |
| | ) | |
| MARK W. GREENSHIELDS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the joint motion to submit narrowed exhibit lists, etc. (Doc. No. 68) is granted as requested.

DONE, this the 23rd day of June, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**