IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MOVIE GALLERY US, LLC, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv1032-MHT |
| | ) | |
| MARK W. GREENSHIELDS, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion to extend time (Doc. No. 70) is granted.

DONE, this the 7th day of July, 2008.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE