IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MOVIE GALLERY US, LLC,         )
                               )
    Plaintiff,                 )
                               )
                               )      CIVIL ACTION NO.
    v.                         )       2:07cv1032-MHT
                               )           (WO)
MARK W. GREENSHIELDS,          )
ASSOCIATED SOURCING, and       )
ASSOCIATED SOURCING            )
HOLDINGS, INC., d/b/a          )
Video Library,                 )
                               )
    Defendants.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of defendants Mark W. Greenshields, Associated Sourcing, and Associated Sourcing Holdings, Inc., d/b/a Video Library, and against plaintiff Movie Gallery US, LLC, with plaintiff Movie Gallery, US, LLC, taking nothing by its complaint.

It is further ORDERED that costs are taxed against plaintiff Movie Gallery US, LLC, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 1st day of September, 2009.


　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**